DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ANTONIO CONTRERAS-RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00063 OWW |
| | ) | |
| _Plaintiff,_ | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER THEREON |
| | ) | |
| JOSE ANTONIO CONTRERAS-RIOS, | ) | Date :  June 13, 2011 |
| | ) | Time:  9:00 a.m. |
| _Defendant._ | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |

        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective

attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for

June 6, 2011, **may be continued to June 13, 2011, at 9:00 a.m.**

        The reason for the requested continuance is that the Defendant has recently been moved from the

local jail to the Lerdo facility in Bakersfield.  The additional time is necessary to facilitate discussions with

defense counsel which require coordinating the travel availability of counsel with that of our office

interpreter.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
5

6    DATED: May 24, 2011                            /s/ Jared D. Renfro
                                                     JARED D. RENFRO
7                                                    Special Assistant United States Attorney
                                                     Attorney for Plaintiff
8

9                                                    DANIEL J. BRODERICK
                                                     Federal Defender
10

11   DATED: May 24, 2011                            /s/ Rachel W. Hill
                                                     RACHEL W. HILL
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   JOSE ANTONIO CONTRERAS-RIOS

14

15                                    **O R D E R**

16        **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

17   §§ 3161(h)(7)(A) and (B).

18
     IT IS SO ORDERED.
19
     **Dated:**    **May 24, 2011**                     **/s/ Oliver W. Wanger**
20                                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28
     Stipulation to Continue Status Conference
     Hearing; Order Thereon                          2